

EXHIBIT
A
OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

# DISTRICT HEALTH DEPARTMENT NO. 2
## ENVIRONMENTAL HEALTH DIVISION
### COMPLAINT FORM

Location of Complaint:
Street Address __3525 Skylar trail__
City __Hubbard Lake__ Township __Caledonia__ County __Alcona__
Property Owners Name __Michael & Susan MacKeridge__
Property Owners Mailing Address __2068 Sheffield Ypsilanti, MI 49198__
Complaint (please be specific) __Unintended use of land, excessive noise and disturbance, Sanitation Concern, Trespass, Campfire Hazzard, Fire Hazzard in General__
Road Directions to Site __(N) Hubbard Lake trail to Coves (.9 mi S of Fruchey ranch rd) Turn on Skylar trail for 1+ mi to tee, Go right to National Campground sign__

Complainants Name (Print) ▮▮▮▮▮▮▮▮▮▮▮▮

Complainants Signature (Requ▮▮▮▮▮▮▮▮▮▮▮▮

Complainants Mailing Address ▮▮▮▮▮▮▮▮▮▮▮▮

Confidentiality: Is the complainant requesting to be a "confidential informant" ☒ Yes ___ No
If yes, reason why confidentially is requested: __retaliation, Revenge as in creating more noise/trouble than there already is.__

Confidentiality cannot be guaranteed, should legal, administrative and/or court action be initiated for the release of information regarding this complaint, this document may be released upon authorization of the Health Officer and/or a court order.

*************************************************************************************
### HEALTH DEPARTMENT USE ONLY

Date Rec'd _____ Rec'd By _____

Staff Handling _____ Date(s) Investigated _____

Investigation Revealed: _____

Method of Handling _____

Date of Resolution _____

Rev 11-28-11

Please return this form to your respective DHD # 2 office.

| DHD #2 | DHD #2 | DHD #2 | DHD #2 |
|---|---|---|---|
| 630 Progress | 311 Lake St. POB 218 | 420 W. Lake St POB 98 | 393 S Mt Tom |
| West Branch MI 48661 | Harrisville MI 48740 | Tawas City MI 48764-0098 | Mio MI 48647 |

computer # _____

# DISTRICT HEALTH DEPARTMENT NO. 2
## ENVIRONMENTAL HEALTH DIVISION
## COMPLAINT FORM

Location of Complaint:
Street Address __3525 Skyler Trail__
City __Hubbard Lake__ Township __Caledonia__ County __Alcona__
Property Owners Name __Michael & Susan Mockeridge__
Property Owners Mailing Address __2068 Sheffield Ypsilanti, MI 49198__
Complaint (please be specific) __Excessive noise, Tresspassing, fire hazzard, complete disregard for any zoning or building ordinance, sanitation concern, complete disrespect for neighboring hunters__
Road Directions to Site __(N) Hubbard Lake Trail to cones C.9 mi S of Finchey orch rd. Turn on Skyler trail for 1+ mile to Tee. Go Right 1/2 m.k to national compground sign__

Complainants Name (Print) ██████████
Complainants Signature (Req ██████████
Complainants Mailing Address ██████████

Confidentiality: Is the complainant requesting to be a "confidential informant" __X__ Yes ___ No
If yes, reason why confidentially is requested: __retaliation__

Confidentiality cannot be guaranteed, should legal, administrative and/or court action be initiated for the release of information regarding this complaint, this document may be released upon authorization of the Health Officer and/or a court order.

***

### HEALTH DEPARTMENT USE ONLY

Date Rec'd _____ Rec'd By _____
Staff Handling _____ Date(s) Investigated _____
Investigation Revealed: _____

Method of Handling _____

Date of Resolution _____
Rev 11-28-11

Please return this form to your respective DHD # 2 office.

| DHD #2 | DHD #2 | DHD #2 | DHD #2 |
|---|---|---|---|
| 630 Progress | 311 Lake St. POB 218 | 420 W. Lake St POB 98 | 393 S Mt Tom |
| West Branch MI 48661 | Harrisville MI 48740 | Tawas City MI 48764-0098 | Mio MI 48647 |

Public/EH/Complaints/rtsicform

computer # _____