EXHIBIT B
OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

# Dave Schmidt

**From:** Dave Schmidt
**Sent:** Wednesday, May 19, 2021 1:09 PM
**To:** 
**Subject:** RE: scanned forms

I received the forms. Just a thought – I cannot do anything about the noise, fire hazard and disregard to the neighbors. Neither complaint mentions the possible establishment of an unlicensed campground. The forms should mention that issue along with the sanitation issue. Please add that to the forms if you would.
Thanks, Dave.

**From:** [redacted]
**Sent:** Wednesday, May 19, 2021 12:39 PM
**To:** Dave Schmidt <dschmidt@dhd2.org>
**Subject:** scanned forms