

**EXHIBIT**
**C**
OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

### DISTRICT HEALTH DEPARTMENT NO. 2
ENVIRONMENTAL HEALTH DIVISION
COMPLAINT FORM

Location of Complaint:
Street Address *3525 Skyler Trail*

City *Hubbard Lake*        Township *Caledonia*        County *Alcona*

Property Owners Name *Michael & Susan Mockeridge*

Property Owners Mailing Address *2668 Sheffield Rd. Ypsilanti, Mi. 48198*

Complaint (please be specific) *Unliscensed campground. Sanitation concerns.*
*External obsolescence. Excessive noise.*

Road Directions to Site *Hubbard Lake Trail to orange cones. Turn on Skler Trail*
*for one mile to tee. Go right to campground sign.*

Complainants Name (Print) *Brad Wendling*        Phone: *810-820-1249*

Complainants Signature (Required) *Brad Wendling*

Complainants Mailing Address *2386 Chesaning Rd. Montrose, Mi. 48457*

Confidentiality: Is the complainant requesting to be a "confidential informant"  ____ Yes  *X* No
If yes, reason why confidentially is requested: _____

Confidentiality cannot be guaranteed, should legal, administrative and/or court action be initiated for the release of information regarding this complaint, this document may be released upon authorization of the Health Officer and/or a court order.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
*HEALTH DEPARTMENT USE ONLY*

Date Rec'd *5-24-21*        Rec'd By *Dave Schmidt*

Staff Handling *Dave Schmidt*        Date(s) Investigated *6-2-21*

Investigation Revealed: *Observed 5 new camping cabins and one camper on the site along*
*with an existing cabin and a platform for possibly a sixth camping cabin.*
*Visited site with representatives from Alcona Co. Bldg. Dept. & Caledonia Twp.*

Method of Handling *Violation letter sent 6-16-21. The state campground division*
*representative was consulted with prior to sending violation letter.*

Date of Resolution _____

Rev 11-28-11

*MAY 24 2021*

Please return this form to your respective DHD # 2 office.

| DHD #2 | DHD #2 | DHD #2 | DHD #2 |
|--------|--------|--------|--------|
| 630 Progress | 311 Lake St. POB 218 | 420 W. Lake St POB 98 | 393 S Mt Tom |
| West Branch MI 48661 | Harrisville MI 48740 | Tawas City MI 48764-0098 | Mio MI 48647 |

computer #

# DISTRICT HEALTH DEPARTMENT NO. 2
## ENVIRONMENTAL HEALTH DIVISION
### COMPLAINT FORM

**Location of Complaint:**

Street Address _5525 Skyler Trail_

City _Hubbard Lake_ Township _Caledonia_ County _Alcona_

Property Owners Name _Michael + Susan Mockeridge_

Property Owners Mailing Address _2068 Sheffield Ypsilanti, MI 48198_

Complaint (please be specific) _Property is not zoned for a campground, Number of_
_Structures on a parcel, sanitation issues, groundwater infiltration, Building/_
_Construction permits, Blight, Noise_

Road Directions to Site _Hubbard Lake Trail to orange construction cones. Turn on_
_Skyler Trail one mile to tee intersection. Turn right to campground sign._

Complainants Name (Print) _Brian Wendling_ Phone: _989-239-1347_

Complainants Signature (Required) _Brian of Wendling_

Complainants Mailing Address _14826 Lincoln Rd   Chesaning, MI 48616_

Confidentiality: Is the complainant requesting to be a "confidential informant" ____ Yes _X_ No

If yes, reason why confidentially is requested: _____

Confidentiality cannot be guaranteed, should legal, administrative and/or court action be initiated for the release of information regarding this complaint, this document may be released upon authorization of the Health Officer and/or a court order.

************************************************************************

*HEALTH DEPARTMENT USE ONLY*

Date Rec'd _5-26-21_ Rec'd By _Dave Schmidt_

Staff Handling _Dave Schmidt_ Date(s) Investigated _6-2-21_

Investigation Revealed: _Observed 5 new camping cabins and one camper on the site along_
_with an existing cabin and a platform for possibly a sixth camping cabin. Visited_
_site with representatives from Alcona Co. Blg. Dept & Caledonia Twp._

Method of Handling _Violation letter sent 6-16-21. The state campground division_
_representative was consulted with prior to sending violation letter._

Date of Resolution _____

Rev 11-28-11

**MAY 26 2021**

Please return this form to your respective DHD # 2 office.

| DHD #2 | DHD #2 | DHD #2 | DHD #2 |
|--------|--------|--------|--------|
| 630 Progress | 311 Lake St. POB 218 | 420 W. Lake St POB 98 | 393 S Mt Tom |
| West Branch MI 48661 | Harrisville MI 48740 | Tawas City MI 48764-0098 | Mio MI 48647 |

computer # _____