

**Add and share your name and photo**
Set Up...



EXHIBIT D
OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

Tue, May 18, 8:42 AM

> Please get a complaint form filled out and to me ASAP regarding that campground. You either have to come to the office and get one or we have to send you one.

Can you email a form?

I can fill it out after work. I have a busy day today including doctor appointments. If you can't email it, I can come in to see you tomorrow morning. We appreciate your efforts on this.

> Yes I will email it to you

 **Add and share your name and photo**
Set Up... 

Wed, May 19, 8:02 AM

Good morning Dave. I am filling out the complaint form this morning. If you think it would be beneficial, all my neighbors would surely be Willing I to file a complaint form as well

Yes they should

Fri, May 21, 8:57 AM

I just found out I can't do Thursday the 3rd.

Got it 👆

Hey Dave. Let's book Wednesday the 2nd at 3 o'clock. Harry will oblige us.

 **Add and share your name and photo**
Set Up... 

Hey Dave. Let's book Wednesday the 2nd at 3 o'clock. Harry will oblige us. This is far enough out I'm sure at least one of the township officials can attend ( I'm waiting on a call back). I just don't want to miss out on your availability. Thanks.

> Sounds good I'll put it on my calendar!

I have a <u>3 o'clock</u> meeting at Q & C gas station set up for convenience. I can fit everyone in the club cab, or just lead you all out to the site. What ever you choose. Thanks.

 **Add and share your name and photo**
Set Up... 

> I'll just follow you out there.

> I'll probably meet you at the cones

Totally fine. Probably 3:20 ish at the cones for you then 👍

Wed, May 26, 2:28 PM

Hey Dave. You should've received more complaint forms from my neighbors regarding the campground. I just wanted to make sure that we keep these in hand, until the time of, or after the group of officials converge on the site visit. I just don't want to them to know we are coming. Thanks. Still haven't heard from the forest

 **Add and share your name and photo**
Set Up... 

> cones

Totally fine. Probably 3:20 ish at the cones for you then 👍

Wed, May 26, 2:28 PM

Hey Dave. You should've received more complaint forms from my neighbors regarding the campground. I just wanted to make sure that we keep these in hand, until the time of, or after the group of officials converge on the site visit. I just don't want to them to know we are coming. Thanks. Still haven't heard from the forest service law enforcement division.

Case 1:21-cv-12896-TLL-PTM ECF No. 1-4, PageID.36 Filed 12/10/21 Page 6 of 8

 **Add and share your name and photo**
Set Up...



don't want to them to know we are coming. Thanks. Still haven't heard from the forest service law enforcement division.

> Yes I received 2 more. Did you call the USFS?

Yes I called the Mio office. I was told the law enforcement division would contact me. So far I haven't heard from them.

> Give them a chance to call and then call again if a couple weeks go by with no contact.

Wed, Jun 2, 8:22 AM

Good morning Dave.. Just

 **Add and share your name and photo**
Set Up... 

Good morning Dave. Just firming up our meeting for this afternoon. Meeting you at the cones 320-330. Harry will be riding with me and hopefully at least one township official.

That's my plan.

Thu, Jun 3, 8:38 AM

Contacted the Mio office USFS. He give me law enforcements number. So I'm working it.

Good. I just texted pics to state. Waiting to talk to them.

Thu, Jun 24, 6:56 AM

Give me a call when you can

 **Add and share your name and photo**
Set Up... 

cones 320-330. Harry will be riding with me and hopefully at least one township official.

> That's my plan.

Thu, Jun 3, 8:38 AM

Contacted the Mio office USFS. He give me law enforcements number. So I'm working it.

> Good. I just texted pics to state. Waiting to talk to them.

Thu, Jun 24, 6:56 AM

> Give me a call when you can. Thanks

Delivered