

**EXHIBIT E**
OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com



# Alcona County Building Department

216 W. Main Street
Harrisville, MI 48740
(989) 724-9440

July 16, 2021

Michael & Susan Mockeridge
2068 Sheffield Dr.
Ypsilanti, MI  48198

Paracel # 020-026-300-020-00
Address:  3525 Skyler Trail

Dear Michael and Susan:

This letter is to advise you that the Alcona County Building Department requires a copy of the Caledonia Township Land Use Permit for the structures located on your property at 3525 Skyler Trail, before an Alcona County Building Permit can be issued.

Also, please be advised that a Stop Work Order has been issued by the Alcona County Building Department on July 14, 2021, for the property located at 3525 Skyler Trail, parcel # 020-026-300-020-00.

Enclosed, you will find a Michigan Complied Laws Annotated; Chapter 125 Planning, Housing and Zoning.  The Alcona County Building Department enforces the Michigan State Codes to ensure safety.

Sincerely,

Harry Harvey
Building Official

Enclosure
HH/kls

# LEGAL NOTICE

Date **7-14-21**

**WHEREAS VIOLATIONS OF** { Article ___?___, Section ___?___ of the Zoning Ordinance } have been found on
Article _____, Section **R 105.1** of the Building Code
Article _____, Section **R.114.1** of the Code

these premises, IT IS HEREBY ORDERED in accordance with the above CODE that all persons cease, desist from and

# STOP WORK

at once pertaining to construction, alterations or repairs on these premises known as **3525 Skylee Trail**

All persons acting contrary to this order or removing or mutilating this notice are liable to arrest unless such action is authorized by the Department.   **Michigan Residentical Code 2015**

**(989) 724-9440**

_____**//#**_____
CODE OFFICIAL