

The **special meeting** of the Alcona County Board of Commissioners was held in the County Building in the City of Harrisville, Michigan on Wenesday, **August 11, 2021** at 3:00 p.m.

The meeting was called to order at 3:02 p.m. by Adam Brege, Chairman.

The Pledge of Allegiance was given.

Commissioners present:   Adam Brege, Chairman, Dan Gauthier, Vice Chairman, Carolyn Brummund, William Thompson and Terry Small.  Also present:  Stephany Eller, County Clerk.

At this time Harry Harvey, Building Inspector, requested the Board move into closed session to discuss Building Department matters.

**Motion by Brummund, seconded by Small, to move into closed session to discuss Building Department matters.**

**Roll Call:  Gauthier, Thompson, Brummund, Brege and Small**                    **No – None**

                                                                                                **MOTION CARRIED**

At 3:06 p.m. the Board moved into closed session.
At 3:44 p.m. the Board resumed the special meeting.

**Roll Call:  Brummund, Brege, Small, Thompson and Gauthier**

**Motion by Gauthier, seconded by Small, to deny the request of Michael Mockeridge to waive the building permit fees and, by directive of the Board, have the Building Department follow the policies and procedures as written.**

                                                                                                **MOTION CARRIED**

**Roll Call:  Yes – Thompson, Brummund, Gauthier, Small and Brege**          **No – None**

                                                                                                **MOTION CARRIED**

At 3:51 p.m. the meeting adjourned to the next **Regular Meeting** to be held on **Wednesday, August 18, 2021** at 1:30 p.m.

_____         _____
**County Clerk**                                                              **Chairman**

1