# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

MICHAEL J. MOCKERIDGE and
SUSAN J. MOCKERIDGE,
    Plaintiffs,

v.

HARRY HARVEY, et al,
    Defendants
_____/

Case No.: 21-cv-12896
Honorable Thomas L. Ludington

**NOTICE**

PHILIP L. ELLISON
Outside Legal Counsel PLC
Counsel for Mockeridge
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

SEAN MICHAEL FREEL
Freel Professional Corp
Co-Counsel for Harvey & Schmidt
540 W Lake St, Suite 2
Tawas City, MI 48763
(989) 362-3444
sean@freelpc.com

KATELYN D. CRYSLER
MATTHEW T. NELSON
Warner Norcross + Judd
Co-Counsel for Harvey & Schmidt
1500 Warner Building
150 Ottawa Avenue NW
Grand Rapids, MI 49503
(616) 752-2539
mnelson@wnj.com
kcrysler@wnj.com

THOMAS R. MEAGHER
DANIEL ZICK
Foster Swift
Counsel for Caledonia Twp & Gibson
313 S. Washington Square
Lansing, MI 48933-2193
(517) 371-8100
tmeagher@fosterswift.com

KRISTEN LEE REWA
MEIGS M. DAY
ALLAN C. VANDER LAAN
Cummings, McClorey, Davis & Acho
Counsel for Alcona Cnty & Comm'ners
2850 Charlevoix Drive, Ste 327
Grand Rapids, MI 49546
(616) 975-7470
mday@cmda-law.com
avanderlaan@cmda-law.com
krewa@cmda-law.com

WILLIAM P. SLOUGH
Co-Counsel for Krentz
145 N Otsego Ave
Gaylord, MI 49735
(989) 732-2912
paul@gaylordlaw.com

1

W. JAY BROWN
Brown Law PLC
Co-Counsel for Krentz
414 Townsend, Suite 201
Midland, MI 48640
(989) 486-3676

**PLAINTIFFS' NOTICE TO MAGISTRATE JUDGE REGARDING ISSUANCE OF ORDER FOLLOWING ORDER OF REFERENCE**

NOW COME Plaintiffs, by counsel, and files this notice to the Magistrate Judge who has been referred the pending motions for summary judgment. See **ECF No. 107.** At least one defendant took the position, based on the sua sponte striking of the Rule 5.1 notices, that—

> The Mockeridges attempt to rebut Harvey's authorization to enter the [Skylar Trail] Property by challenging the constitutionality of MCL 125.1512, but this Court rejected and foreclosed such challenge.

**ECF No. 112, PageID.2778.** Plaintiffs disagree such has ever been "rejected" or "foreclosed." See FRCP 5.1(d) However, the statement has unquestionably been rendered in error given today's ruling on Plaintiffs' objection. The District Court judge ordered "Plaintiffs' Notices, ECF No. 92; 99, are UNSTRICKEN" and "the following question is CERTIFIED to the Michigan Attorney General under 28 U.S.C. § 2403: Does Michigan Compiled Laws § 125.1512 and Michigan Administrative Code Rule 408.30504 violate the Fourth Amendment to the United States Constitution?" **ECF No. 114, PageID.2791**. Noting has been "rejected and foreclosed."

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

| | |
|---|---|
| Date: March 28, 2023 | RESPECTFULLY SUBMITTED: |
| | /s/ Philip L. Ellison<br>OUTSIDE LEGAL COUNSEL PLC<br>by PHILIP L. ELLISON (P74117)<br>Counsel for Plaintiffs<br>PO Box 107<br>Hemlock, MI 48626<br>(989) 642-0055<br>pellison@olcplc.com |

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

## CERTIFICATE OF SERVICE

  I, the undersigned attorney of record, hereby certify that on the date stated below, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel or parties of record.

Date: March 28, 2023

RESPECTFULLY SUBMITTED:

/s/ Philip L. Ellison
OUTSIDE LEGAL COUNSEL PLC
by PHILIP L. ELLISON (P74117)
Counsel for Plaintiffs
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com