# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

MICHAEL J. MOCKERIDGE and
SUSAN J. MOCKERIDGE,
    Plaintiffs,

v.

HARRY HARVEY, et al,
    Defendants
_____/

Case No.: 21-cv-12896
Honorable Thomas L. Ludington

**NOTICE**

| | |
|---|---|
| PHILIP L. ELLISON<br>Outside Legal Counsel PLC<br>Counsel for Mockeridge<br>P.O. Box 107<br>Hemlock, MI 48626<br>(989) 642-0055<br>pellison@olcplc.com | THOMAS R. MEAGHER<br>DANIEL ZICK<br>Foster Swift<br>Counsel for Caledonia Twp & Gibson<br>313 S. Washington Square<br>Lansing, MI 48933-2193<br>(517) 371-8100<br>tmeagher@fosterswift.com |
| SEAN MICHAEL FREEL<br>Freel Professional Corp<br>Co-Counsel for Harvey & Schmidt<br>540 W Lake St, Suite 2<br>Tawas City, MI 48763<br>(989) 362-3444<br>sean@freelpc.com | KRISTEN LEE REWA<br>MEIGS M. DAY<br>ALLAN C. VANDER LAAN<br>Cummings, McClorey, Davis & Acho<br>Counsel for Alcona Cnty & Comm'ners<br>2850 Charlevoix Drive, Ste 327<br>Grand Rapids, MI 49546<br>(616) 975-7470<br>mday@cmda-law.com<br>avanderlaan@cmda-law.com<br>krewa@cmda-law.com |
| KATELYN D. CRYSLER<br>MATTHEW T. NELSON<br>Warner Norcross + Judd<br>Co-Counsel for Harvey & Schmidt<br>1500 Warner Building<br>150 Ottawa Avenue NW<br>Grand Rapids, MI 49503<br>(616) 752-2539<br>mnelson@wnj.com<br>kcrysler@wnj.com | WILLIAM P. SLOUGH<br>Co-Counsel for Krentz<br>145 N Otsego Ave<br>Gaylord, MI 49735<br>(989) 732-2912<br>paul@gaylordlaw.com |

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

1

W. JAY BROWN
Brown Law PLC
Co-Counsel for Krentz
414 Townsend, Suite 201
Midland, MI 48640
(989) 486-3676
brown@brownlawplc.com

## NOTICE OF SERVICE OF CERTIFICATION ORDER
## UPON MICHIGAN ATTORNEY GENERAL

NOW COMES attorney Philip L. Ellison, as counsel, and hereby gives notice that a copy of the *Opinion and Order Sustaining Plaintiffs' Objection, Reinstating Stricken Notices, and Certifying Constitutional Challenges of State Statutes to Attorney General* (ECF No. 114) has been served, by US certified mail (Tracking No. 70161370000148945518), upon Michigan Attorney General Nessel at her business address of record, see https://www.michigan.gov/ag/ag-contact-directory, on the date stated below.

Date: March 28, 2023

RESPECTFULLY SUBMITTED:

/s/ Philip L. Ellison
OUTSIDE LEGAL COUNSEL PLC
by PHILIP L. ELLISON (P74117)
Counsel for Plaintiffs
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

## CERTIFICATE OF SERVICE

    I, the undersigned attorney of record, hereby certify that on the date stated below, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel or parties of record.

Date: March 28, 2023        RESPECTFULLY SUBMITTED:

/s/ Philip L. Ellison
OUTSIDE LEGAL COUNSEL PLC
by PHILIP L. ELLISON (P74117)
Counsel for Plaintiffs
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

3