UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIANA PERCIVAL,

    Plaintiff,

v.                                                Case No: 8:23-cv-1243-KKM-JSS

DAVID LEDUC, MARCOS PERERA,
JORDAN BRIZENDINE, ALARM
MONITORING & SERVICE, INC. and
CHAD CHRONISTER,

    Defendants.
_____

## ENTRY OF DEFAULT

    Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **ALARM MONITORING & SERVICE, INC.** in Tampa, Florida on the 6th day of September, 2023.

                                                        ELIZABETH M. WARREN, CLERK

                                                        s/ST, Deputy Clerk

Copies furnished to:

Counsel of Record